UNITED STATES DISTRICT COURT
District of Massachusetts

FILED
IN CLERKS OFFICE
2010 OCT -5 A 10: 32

4:07-cv-40191-FDS

DB, a minor,
by his next friend and mother, ELIZABETH B.,
ELIZABETH B., and DAVID B.
      Plaintiffs,

v.

KIRSTEN ESPOSITO, f/k/a Kirsten Brunsell,
both individually and in her role as former
Director of Special Education for the
Sutton School District, CECILIA
DiBELLA, both individually and in her role as
Superintendent of Schools for the Sutton School
District, the SUTTON SCHOOL DISTRICT,
the SUTTON SCHOOL COMMITTEE, and the
MASSACHUSETTS DEPARTMENT OF EDUCATION
      Defendants

### PLAINTIFFS' APPEAL FROM ENTRY OF JUDGMENT DATED 9/10/10

Now come all Plaintiffs and hereby appeal to the First Circuit Court of Appeals from the Order and Entry of Judgment entered in this matter by this Federal District Court of Massachusetts on 9/10/10.

Plaintiffs, by their attorney,

/s/ David R. Bohanan
David R. Bohanan
BBO # 556401
P.O. Box 562
286 Boston Road
Sutton, MA 01590
(508) 865-7352

10/7/10

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 7th day of October, 2010.

                                                                                   */s/ David R. Bohanan*
                                                                                    David R. Bohanan