# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

---

Case Caption: DB, A minor, et al v. Kirsten Esposito

District Court Number: 07-cv-40191

---

Fee: Paid? Yes _X_ No ____ Government filer ____ *In Forma Pauperis* Yes ____ No _X_

---

Motions Pending  Yes ____ No _X_      Sealed documents  Yes ____ No _X_
*If yes, document #* _____      *If yes, document #* _____

*Ex parte* documents  Yes ____ No _X_   Transcripts  Yes _X_ No ____
*If yes, document #* _____      *If yes, document #*  19

---

Notice of Appeal filed by: Plaintiff/Petitioner _X_  Defendant/Respondent ____  Other: ____

Appeal from: #69 Judgment

Other information:

---

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal,  #69 Judgment,  #68 Memorandum and Order

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __70__, filed on __10/5/2010__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __10/6/2010__.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**