FILED
IN CLERKS OFFICE
2011 FEB 25 P 3:16
U.S. DISTRICT COURT
DISTRICT OF MASS

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USDC Docket Number: 07-cv-40191
USCA Docket Number: 10-2184

DB, a minor, et al

v.

Kirsten Esposito et al

## CLERK'S SUPPLEMENTAL CERTIFICATE OF THE RECORD ON APPEAL

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed __X__ paper documents ____ electronic documents:

**Main Documents:**

    Document Numbers: 19

**Other Documents:**

    Sealed Records:

    Document Numbers:

    *Ex parte* Records:

    Document Numbers:

are to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 2/22/2011.

SARAH ALLISON THORNTON,
Clerk of Court

By: /s/ Sandra Burgos
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 2-23-11

Deputy Clerk, US Court of Appeals